Anna Starczynski, Appellee, v. Alfred Miltenberg, Appellant.

Gen. No. 42,600.

opinion filed May 19, 1944. Ross, Berchem & Schwantes, for appellant; Thaddeus C. Toudor, for appellee; Joseph Barbera, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.